### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES J. WOODFORK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. CIV-20-0942-HE |
| ) | |
| SCOTT NUNN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER

Plaintiff James J. Woodfork filed this case alleging a violation of his First and Fourteenth Amendment rights. Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), the matter was referred to Magistrate Judge Shon T. Erwin for initial proceedings. Judge Erwin has now issued a Report and Recommendation recommending that the case be dismissed and that plaintiff's motion to stay be denied.

The Report advised plaintiff of his right to object to the Report by September 13, 2021. Plaintiff has not objected to the Report thereby waiving his right to appellate review of the factual and legal issues it addressed. Casanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #40]. Plaintiff's Motion to Stay is **STRICKEN** as moot. This case is **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

Dated this 22nd day of September, 2021.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE